# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130273

STANLEY ARNOLD MITCHELL,
      Plaintiff-Appellee,

v

                                          SC: 130273
                                          COA: 253847
PREMIUM PROPERTIES INVESTMENTS       Roscommon CC: 02-723554-NO
LIMITED PARTNERSHIP, d/b/a QUALITY INN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 4, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the summary disposition order of the Roscommon Circuit Court.

      CAVANAGH and KELLY, JJ., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007 _____

d0321                                         Clerk